IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARRY BAUMAN                                                 PLAINTIFF

           v.                      Civil No. 04-2215

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                    DEFENDANT

## **JUDGMENT**

On this 14th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Iva Nell Gibbons, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $4,281.60 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                             /s/ Bobby E. Shepherd
                                             HONORABLE BOBBY E. SHEPHERD
                                             UNITED STATES MAGISTRATE JUDGE