IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LARRY BAUMAN                                                   PLAINTIFF

v.                Civil No. 04-2215

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                DEFENDANT

## AMENDED JUDGMENT

On this 17th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Iva Nell Gibbons, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $4,347.78 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                                /s/ Bobby E. Shepherd
                                                                                HONORABLE BOBBY E. SHEPHERD
                                                                                UNITED STATES MAGISTRATE JUDGE